UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MILES ORLANDO LEE | DOCKET NO: 07-CV-1718 |
| VERSUS | JUDGE DRELL |
| COUNSELOR BURKE, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff' Civil Rights Complaint be and is hereby DISMISSED, sua sponte, under 28 U.S.C. §1915(e)(2)(B) and 1915A as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of January, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE